UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| FRIEDA AARON, et al. | Case No. 1:18-cv-00631-SJD-SKB |
| Plaintiff | Judge Susan J. Dlott |
| v. | Magistrate Judge Stephanie K. Bowman |
| AETNA, et al. | |
| Defendants | |

## AGREED ORDER

Plaintiffs Frieda Aaron, *et al.*, ("Plaintiffs") and Defendant Sedgwick Claims Management Services, Inc. ("Sedgwick"), by and through their respective counsel, hereby stipulate and agree that Sedgewick should be dismissed, with prejudice, from this case pursuant to Fed. R. Civ. P. 41(a)(2). All Plaintiffs' claims remain against all other defendants and are unaffected by this Agreed Order.

**IT IS SO ORDERED AND ADJUDGED.**

_Susan J. Dlott_
UNITED STATES DISTRICT JUDGE

HAVE SEEN AND AGREE:

| | |
|---|---|
| */s/ Robert A. Winter, Jr.* *(per email auth. 10/29/19)* <br> Robert A. Winter, Jr. (0038673) <br> P.O. Box 175883 <br> Fort Mitchell, KY 41017-5883 <br> Telephone: (859) 250-3337 <br> Email: robertawinterjr@gmail.com <br> *Attorney for Plaintiffs* | */s/ Nathaniel Lampley, Jr.* <br> Nathaniel Lampley, Jr. (0041543) <br> Clifford W. Lauchlan (0092357) <br> Vorys, Sater, Seymour and Pease LLP <br> 301 East Fourth Street, Suite 3500 <br> Great American Tower <br> Cincinnati, Ohio 45202 <br> Telephone: (513) 723-4616 <br> Facsimile: (513) 852-7869 <br> Email: nlampley@vorys.com <br>         cwlauchlan@vorys.com <br> *Attorneys for Defendant, Sedgwick Claims Management Services, Inc.* |