UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| FRIEDA AARON., *et al.*, | : | CASE NO. 1:18-cv-631 |
| | : | |
| Plaintiffs, | : | (Judge Dlott) |
| | : | |
| vs. | : | (Magistrate Judge Stephanie K. Bowman) |
| | : | |
| AETNA, *et al.*, | : | **JOINT MOTION FOR** |
| | : | **SCHEDULING ORDER** |
| Defendants. | : | |

---

Plaintiffs and Defendants Cigna Health and Life Insurance Company[1], Medical Mutual of Ohio, Humana Health Plan of Ohio, Inc., all properly named and served Aetna Defendants, Aflac, CareSource, Indiana Comprehensive Health Insurance Association, Health Alliance Midwest, Inc. d/b/a Health Alliance, The Carle Foundation d/b/a Health Alliance, Medical Benefits Administrators, Inc., Custom Design Benefits, Golden Rule Insurance Company, United Healthcare Insurance Company, UMR, Inc. d/b/a United Medical Resources, United Health Group, Inc. d/b/a Optum, Benovation CAI Insurance Company, Government Employer Health Association, Inc., HealthSpan Partners, Anthem Health Plans of Kentucky, Anthem Health Plans of Virginia, Blue Cross and Blue Shield of Georgia, Community Insurance Company, Anthem, Inc., Anthem Insurance Companies, and Amerigroup (collectively, the "Parties") hereby jointly move this Court for a scheduling order allowing for deviation from the deadlines prescribed in the Federal Rules of Civil Procedure due to the complexity and number of new plaintiffs and defendants involved.

---

[1] Cigna Health and Life Insurance Company  was improperly named as Cigna Health Corporation in Plaintiffs' Amended Complaint.

Pursuant to the Parties' proposed scheduling order, Plaintiffs would have until January 3, 2020 to serve all newly added Defendants in this action. Subsequently, all newly added Defendants in this action would be required to file a notice of appearance in lieu of an answer or other response by January 24, 2020. Then, all Defendants would have forty-five days to answer or otherwise respond to Plaintiffs' Amended Complaint or until March 9, 2020.

A memorandum in support is attached and a proposed scheduling order is being submitted simultaneously for the Court's consideration.

Respectfully submitted,

/s/ *Robert A. Winter, Jr.*
Benjamin M. Maraan II (0053661)
*Per Voicemail Authorization*
5247 Madison Pike
Independence, KY 41051
Phone: 513-729-1999
Fax: 513-381-4084
bmaraanlaw@yahoo.com

Robert A. Winter Jr. (0038673)
P.O. Box 175883
Fort Mitchell, KY 41017-5883
Phone: 859-250-3337
robertawinterjr@gmail.com

*Counsel for Plaintiffs*

/s/ *Carolyn A. Taggart*
Carolyn A. Taggart   (0027107)
Ana P. Crawford  (0090581)
Porter Wright Morris & Arthur LLP
250 East Fifth Street, Suite 2200
Cincinnati, Ohio 45202-5118
Phone:  513-369-4231
            513-369-4237
Fax:  513 421-0991
Email:  ctaggart@porterwright.com
            acrawford@porterwright.com

*Counsel for Defendant Cigna Health & Life Insurance Company*

2

/s/ Michael E. Smith
Michael E. Smith (0042372)
*Per E-Mail Authorization*
Christopher C. Koehler (0059384)
Bradley D. Reed (0089711)
Frantz Ward LLP
200 Public Square, Suite 3000
Cleveland, Ohio 44114
Phone: 216-515-1660
Fax: 216-515-1650
Email: msmith@frantzward.com
ckoehler@frantzward.com
breed@frantzward.com

*Counsel for Defendant Medical Mutual of Ohio*

/s/ Michael P. Abate
Michael P. Abate (*Pro Hac Vice*)
*Per E-Mail Authorization*
Kaplan Johnson Abate & Bird LLP
710 West Main Street, 4th floor
Louisville, Kentucky 40202
Phone: 502-540-8280
Fax: 502-540-8282
Email: mabate@kaplanjohnsonlaw.com

Daran P. Kiefer (0064121)
Kreiner & Peters Co. L.P.A.
P.O. Box 6599
Cleveland, Ohio 44101-6599
Phone: 216-771-6650
Fax: 216-431-0156
Email: dkiefer@subrogation-recovery.com

*Counsel for Defendant Humana Health Plan of Ohio, Inc.*

/s/ John B. Lawrence
John B. Lawrence (*Pro Hac Vice*)
*Per E-Mail Authorization*
Baker Botts L.L.P.
2001 Ross Avenue, Suite 1100
Dallas, Texas 75201
Phone: 214-953-6873
Fax: 214-661-4873
Email: john.lawrence@bakerbotts.com

Matthew G. Sheridan (*Pro Hac Vice*)
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77022-4955
Phone: 713-229-1568
Fax: 713-229-7968
Email: matthew.sheridan@bakerbotts.com

/s/ John R. Maley
John R. Maley (Indiana Atty. #14300-89)
*Per E-Mail Authorization*
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204-3535
Phone: 317-231-7464
Fax: 317-231-7433
Email: john.maley@btlaw.com

Kyle R. Gerlach (0093433)
Barnes & Thornburg LLP
41 South High Street, Suite 3300
Columbus, Ohio 43215
Phone: 614-628-1409
Fax: 614-628-1433
Email: kyle.gerlach@btlaw.com

*Counsel for Defendants Aflac, CareSource, and Indiana Comprehensive Health Insurance Association*

Robert J. Fogarty  (0006818)
Hahn Loeser & Parks
200 Public Square
Cleveland, Ohio  44114-2301
Phone:  216-621-0150
Email:  rjfogarty@hahnlaw.com

*Counsel for all properly named and served
Aetna Defendants*

/s/ Brent D. Craft
Brent D. Craft  (0085374)
*Per E-Mail Authorization*
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street, Suite 3500
Cincinnati, Ohio  45202
Phone:  513-723-4072
Fax:  513-852-7871
Email:  bdcraft@vorys.com

Rodney A. Holaday  (0068018)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio  43216-1008
Phone:  614-464-6400
Fax:  614-464-6350
Email:  raholdaday@vorys.com

*Counsel for Defendants Health Alliance
Midwest, Inc. d/b/a/ Health Alliance, The Carle
Foundation d/b/a/ Health Alliance, and Medical
Benefits Administrators, Inc.*

/s/ Robert R. Sparks
Robert R. Sparks  (0073573)
*Per E-mail Authorization*
Strauss Troy Co., LPA
150 East Fourth Street
Cincinnati, Ohio  45202-4018
Phone:  513-621-2120
Fax:  513-241-8259
Email:  rrsparks@strausstroy.com

*Counsel for Defendant Custom Design
Benefits*

*/s/ Katheryn M. Lloyd*
Katheryn M. Lloyd  (0075610)
*Per E-Mail Authorization*
Shana Ortiz See  (0077419)
Carpenter Lipps & Leland LLP
280 North High Street, Suite 1300
Columbus, Ohio  43215
Phone:  614-365-4100
Fax:  614-365-9145
Email:  lloyd@carpenterlipps.com
Email:  see@carpenterlipps.com

*Counsel for Defendants Golden Rule Insurance
Company, United Healthcare Insurance
Company, UMR, Inc. d/b/a United Medical
Resources, and United Health Group, Inc. d/b/a/
Optum*

*/s/ Carrie S. Starts*
Carrie S. Starts  (0083922)
*Per E-Mail Authorization*
Robert W. Hojnoski (0070062)
Reminger Co., LPA
525 Vine Street, Suite 1500
Cincinnati, Ohio  45202
Phone:  513-721-1311
Fax:  513 721-2553
Email:  cstarts@reminger.com
Email:  rhojnoski@reminger.com

*Counsel for Defendant Benovation CAI
Insurance Company*

*/s/ Richard S. Wayne*
Richard S. Wayne  (0022390)
*Per E-Mail Authorization*
Strauss Troy Co. LPA
150 East Fourth Street, 4th Floor
Cincinnati, Ohio  45202-4018
Phone:  513-621-2120
Fax:  513-629-9426
Email:  rswayne@strausstroy.com

*Counsel for Defendant Government Employer
Health Association, Inc.*

*/s/ Wesley R. Abrams*
Wesley R. Abrams  (0095746)
*Per E-Mail Authorization*
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street, Suite 3500
Cincinnati, Ohio  45202
Phone:  513-723-4608
Fax:  513-852-7880
wrabrams@vorys.com

*Counsel for Anthem Health Plans of
Kentucky, Anthem Health Plans of Virginia,
Blue Cross and Blue Shield of Georgia,
Community Insurance Company, Anthem,
Inc., Anthem Insurance Companies, and
Amerigroup*

*/s/ Susan H. Jackson*
Susan H. Jackson  (0090924)
*Per E-Mail Authorization*
Patrick F. Mastrian, III  (*Pro Hac Vice*)
Ogletree, Deakins, Nash, Smoak & Stewart,
P.C.
111 Monument Circle, Suite 4600
Indianapolis, Indiana  46204
Phone:  317-916-1300
Fax:  317-916-9076
Email:  susan.jackson@olgetree.com
Email:  patrick.mastrian@ogletree.com

*Counsel for Defendant HealthSpan Partners*

## MEMORANDUM IN SUPPORT

This is a multi-party action involving hundreds of Plaintiffs and dozens of defendants, most of whom are health insurance providers. It is the latest outgrowth of the Durrani litigation, which has spawned numerous actions in this jurisdiction and with which this Court is undoubtedly familiar.

On October 28, 2019, over a year after the initial Complaint was filed, an Amended Complaint was filed on behalf of the Plaintiffs. The Amended Complaint made numerous changes to the Parties, including the addition of over twenty new plaintiffs and over forty defendants. Further, the Amended Complaint is significantly more complex with the addition of several new claims asserted against all Defendants, including: breach of contract, negligence, constructive fraud, ERISA: breach of fiduciary duty, and ERISA: equitable estoppel.

Given the change in plaintiffs and defendants, the Parties now seek a scheduling order similar to the December 6, 2018 Order (Doc. 23) granted by this Court staying deadlines for defendants to answer, plead or otherwise move in response to the Complaint. The goal of the proposed scheduling order is to provide the Parties and the Court time to reasonably coordinate this case and avoid a flurry of motions and answers filed on different dates dictated by inconsistent service dates.

After consultation, the Parties propose the following scheduling:

(1) Plaintiffs shall serve all newly added Defendants in this action by January 3, 2020.

(2) All newly added Defendants shall file a notice of appearance by January 22, 2020 in lieu answering or otherwise responding to Plaintiffs' Amended Complaint.

(3) All Defendants shall answer or otherwise respond to Plaintiffs' Amended

Complaint by March 9, 2020.

If this Court deems it necessary, the Parties respectfully request a status conference to

discuss the proposed scheduling order and its rationale.

For the reasons given, the Parties respectfully request their Joint Motion for Scheduling

Order be granted. A proposed scheduling order is being submitted simultaneously for this

Court's convenience.

Respectfully submitted,

/s/ *Robert A. Winter, Jr.*
Benjamin M. Maraan II (0053661)
*Per Voicemail Authorization*
5247 Madison Pike
Independence, KY 41051
Phone: 513-729-1999
Fax: 513-381-4084
bmaraanlaw@yahoo.com

Robert A. Winter Jr. (0038673)
P.O. Box 175883
Fort Mitchell, KY 41017-5883
Phone: 859-250-3337
robertawinterjr@gmail.com

*Counsel for Plaintiffs*

/s/ *Carolyn A. Taggart*
Carolyn A. Taggart  (0027107)
Ana P. Crawford  (0090581)
Porter Wright Morris & Arthur LLP
250 East Fifth Street, Suite 2200
Cincinnati, Ohio 45202-5118
Phone:  513-369-4231
        513-369-4237
Fax:  513 421-0991
Email:  ctaggart@porterwright.com
        acrawford@porterwright.com

*Counsel for Defendant Cigna Health & Life
Insurance Company*

/s/ Michael E. Smith
Michael E. Smith (0042372)
*Per E-Mail Authorization*
Christopher C. Koehler (0059384)
Bradley D. Reed (0089711)
Frantz Ward LLP
200 Public Square, Suite 3000
Cleveland, Ohio 44114
Phone: 216-515-1660
Fax: 216-515-1650
Email: msmith@frantzward.com
        ckoehler@frantzward.com
        breed@frantzward.com

*Counsel for Defendant Medical Mutual of Ohio*

/s/ Michael P. Abate
Michael P. Abate (*Pro Hac Vice*)
*Per E-Mail Authorization*
Kaplan Johnson Abate & Bird LLP
710 West Main Street, 4th floor
Louisville, Kentucky 40202
Phone: 502-540-8280
Fax: 502-540-8282
Email: mabate@kaplanjohnsonlaw.com

Daran P. Kiefer (0064121)
Kreiner & Peters Co. L.P.A.
P.O. Box 6599
Cleveland, Ohio 44101-6599
Phone: 216-771-6650
Fax: 216-431-0156
Email: dkiefer@subrogation-recovery.com

*Counsel for Defendant Humana Health Plan of Ohio, Inc.*

/s/ John B. Lawrence
John B. Lawrence (*Pro Hac Vice*)
*Per E-Mail Authorization*
Baker Botts L.L.P.
2001 Ross Avenue, Suite 1100
Dallas, Texas 75201
Phone: 214-953-6873
Fax: 214-661-4873
Email: john.lawrence@bakerbotts.com

Matthew G. Sheridan (*Pro Hac Vice*)
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77022-4955
Phone: 713-229-1568
Fax: 713-229-7968
Email: matthew.sheridan@bakerbotts.com

/s/ John R. Maley
John R. Maley (Indiana Atty. #14300-89)
*Per E-Mail Authorization*
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204-3535
Phone: 317-231-7464
Fax: 317-231-7433
Email: john.maley@btlaw.com

Kyle R. Gerlach (0093433)
Barnes & Thornburg LLP
41 South High Street, Suite 3300
Columbus, Ohio 43215
Phone: 614-628-1409
Fax: 614-628-1433
Email: kyle.gerlach@btlaw.com

*Counsel for Defendants Aflac, CareSource, and Indiana Comprehensive Health Insurance Association*

Robert J. Fogarty  (0006818)
Hahn Loeser & Parks
200 Public Square
Cleveland, Ohio  44114-2301
Phone:  216-621-0150
Email:  rjfogarty@hahnlaw.com

*Counsel for all properly named and served
Aetna Defendants*

/s/ Brent D. Craft
Brent D. Craft  (0085374)
*Per E-Mail Authorization*
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street, Suite 3500
Cincinnati, Ohio  45202
Phone:  513-723-4072
Fax:  513-852-7871
Email:  bdcraft@vorys.com

Rodney A. Holaday  (0068018)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio  43216-1008
Phone:  614-464-6400
Fax:  614-464-6350
Email:  raholdaday@vorys.com

*Counsel for Defendants Health Alliance
Midwest, Inc. d/b/a/ Health Alliance, The Carle
Foundation d/b/a/ Health Alliance, and Medical
Benefits Administrators, Inc.*

/s/ Robert R. Sparks
Robert R. Sparks  (0073573)
*Per E-mail Authorization*
Strauss Troy Co., LPA
150 East Fourth Street
Cincinnati, Ohio  45202-4018
Phone:  513-621-2120
Fax:  513-241-8259
Email:  rrsparks@strausstroy.com

*Counsel for Defendant Custom Design
Benefits*

/s/ Katheryn M. Lloyd
Katheryn M. Lloyd  (0075610)
*Per E-Mail Authorization*
Shana Ortiz See  (0077419)
Carpenter Lipps & Leland LLP
280 North High Street, Suite 1300
Columbus, Ohio  43215
Phone:  614-365-4100
Fax:  614-365-9145
Email:  lloyd@carpenterlipps.com
Email:  see@carpenterlipps.com

*Counsel for Defendants Golden Rule Insurance
Company, United Healthcare Insurance
Company, UMR, Inc. d/b/a United Medical
Resources, and United Health Group, Inc. d/b/a/
Optum*

/s/ Wesley R. Abrams
Wesley R. Abrams  (0095746)
*Per E-Mail Authorization*
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street, Suite 3500
Cincinnati, Ohio  45202
Phone:  513-723-4608
Fax:  513-852-7880
wrabrams@vorys.com

*Counsel for Anthem Health Plans of
Kentucky, Anthem Health Plans of Virginia,
Blue Cross and Blue Shield of Georgia,
Community Insurance Company, Anthem,
Inc., Anthem Insurance Companies, and
Amerigroup*

/s/ Carrie S. Starts
Carrie S. Starts  (0083922)
*Per E-Mail Authorization*
Robert W. Hojnoski (0070062)
Reminger Co., LPA
525 Vine Street, Suite 1500
Cincinnati, Ohio  45202
Phone:  513-721-1311
Fax:  513 721-2553
Email:  cstarts@reminger.com
Email:  rhojnoski@reminger.com

*Counsel for Defendant Benovation CAI
Insurance Company*

/s/ Susan H. Jackson
Susan H. Jackson  (0090924)
*Per E-Mail Authorization*
Patrick F. Mastrian, III  (*Pro Hac Vice*)
Ogletree, Deakins, Nash, Smoak & Stewart,
P.C.
111 Monument Circle, Suite 4600
Indianapolis, Indiana  46204
Phone:  317-916-1300
Fax:  317-916-9076
Email:  susan.jackson@olgetree.com
Email:  patrick.mastrian@ogletree.com

*Counsel for Defendant HealthSpan Partners*

/s/ Richard S. Wayne
Richard S. Wayne  (0022390)
*Per E-Mail Authorization*
Strauss Troy Co. LPA
150 East Fourth Street, 4th Floor
Cincinnati, Ohio  45202-4018
Phone:  513-621-2120
Fax:  513-629-9426
Email:  rswayne@strausstroy.com

*Counsel for Defendant Government Employer
Health Association, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 2, 2019 I electronically filed the foregoing with the

Clerk of the United States District Court using the CM/ECF system, which will send notification

of such filing to all attorneys of record.

/s/ Ana P. Crawford
Ana P. Crawford

*Counsel for Defendant Cigna Health & Life Insurance Company*

12924849v1

11