

```
FILED
RICHARD W. NAGEL
CLERK OF COURT

2019 DEC -9  PM 2: 48

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| FRIEDA AARON., *et al.*, | : | CASE NO. 1:18-cv-631 |
| Plaintiffs, | : | (Judge Dlott) |
| vs. | : | (Magistrate Judge Stephanie K. Bowman) |
| AETNA, *et al.*, | : | **SCHEDULING ORDER** |
| Defendants. | : | |

This matter comes before this Court upon the Joint Motion for Scheduling Order (doc. 176). For good cause shown, it is hereby ORDERED that:

(1) Plaintiffs shall serve all newly added Defendants in this action by January 3, 2020.

(2) All newly added Defendants shall file a notice of appearance by January 22, 2020 in lieu answering or otherwise responding to Plaintiffs' Amended Complaint.

(3) All Defendants shall answer or otherwise respond to Plaintiffs' Amended Complaint by March 9, 2020.

IT IS SO ORDERED.

*Stephanie K Bowman*
Stephanie K. Bowman
United States Magistrate Judge

12924840v1